

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          Main: (856) 757-5105
*P.O. Box 2098*                          Direct: (973) 986-6708
*Camden, NJ 08101*

*kevin.maggio@usdoj.gov*

November 7, 2025

**<u>Via Electronic Filing</u>**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

# ORDER

Re:   *Perez v. Lyons*, No. 25-cv-17186 (ESK)
       Location of Petitioner's Detention

Dear Judge Kiel:

This Office represents Respondents in the above-referenced habeas action. We respectfully write to update the Court on the location of Petitioner's detention.

On November 5, 2025, the Court entered an Order to Answer that directed Respondents to answer the Petition within seven days and prohibited Respondents "from moving [P]etitioner outside of the District of New Jersey pending further order of the Court." ECF No. 3. U.S. Immigration and Customs Enforcement ("ICE") has confirmed to this Office that on November 4, 2025, one day prior to entry of the Order to Answer, it transferred Petitioner to the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. Thank you very much for your consideration of this matter.

Hon. Edward S. Kiel, U.S.D.J.
November 7, 2025
Page 2

                          Respectfully submitted,

                          TODD BLANCHE
                          United States Deputy Attorney General

                          ALINA HABBA
                          Acting United States Attorney
                          Special Attorney

                    By:   *s/ Kevin J. Maggio*
                          KEVIN J. MAGGIO
                          Assistant United States Attorney
                          *Attorneys for Respondent*

cc:    All counsel of record (*via electronic filing*)

**By 10:00 a.m. on November 12, 2025, the United States shall file proof of petitioner's location at 10:42 AM EST on November 5, 2025.**
**So Ordered.**

    */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: November 10, 2025**